No. 1,774.—BLACK ET AL., RESPONDENTS, v. BLAISE ET AL., APPELLANTS.

*Appeal from District Court, Flathead County.*

Decided February 9, 1904.

PER CURIAM.—This appeal is hereby dismissed, without prejudice, however, to the right to move to reinstate.

*Mr. Sidney M. Logan,* and *Messrs. Nolan & Loeb,* for Appellants.